

**SO ORDERED.**

**SIGNED this 25th day of April, 2019.**



UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | **ORDER** |
| CHERYL EVONNE JACKSON, ) | |
| ) | No. B—18-51302   C-13W |
| ) | |
| Debtor. ) | |

    The Chapter 13 case of Cheryl Evonne Jackson ("the Debtor") came before the Court on, April 16, 2019 on a motion by Freedom Mortgage Corporation (the "Creditor") for relief from the automatic stay pursuant to 11 U.S.C. §362 to foreclose on real property located at 320 Pinecrest Street, Salisbury, North Carolina (the "Property") and for relief from the co-debtor stay pursuant to 11 U.S.C. §1301 as to Betty Cox, and good cause having been shown for continuance of this matter; it is

    **ORDERED** that the hearing on the Creditor's motion for relief from the automatic stay and co-debtor stay to foreclose on the Property is continued to May 22, 2019 at 9:30 a.m. in the United States Bankruptcy Court, First Floor Courtroom, 226 South Liberty Street, Winston-Salem, North Carolina; and it is further

    **ORDERED** that the automatic stay and co-debtor stay will remain in full force and effect as to the Debtor, the Co-Debtor and the Property pending further Orders of the Court.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
18-51302   C-13W

CHERYL EVONNE JACKSON
320 PINECREST ST.
SALISBURY, NC 28147

BETTY B COX
320 PINECREST ST.
SALISBURY, NC 28147

JOHN T ORCUTT
6616-203 SIX FORKS ROAD
RALEIGH, NC 27615

BENJAMIN BUSCH
LAW OFFICE OF JOHN T. ORCUTT
600 GREEN VALLEY ROAD, #210
GREENSBORO, NC 27408

JOSEPH J. VONNEGUT
COUNSEL FOR FREEDOM MORTGAGE
PO BOX 2505
4317 RAMSEY STREET
FAYETTEVILLE, NC 28302

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
P. O. BOX 2115
WINSTON-SALEM, NC  27102-2115